UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Resource Energy Technologies, LLC | ) | Case No. 09-33669 |
| Debtor(s) | ) | |
| | ) | |
| Billy Joe Honeycutt, et al. | ) | AP No.   09-3065 |
| Plaintiff(s) | ) | |
| vs. | ) | |
| | ) | |
| Resource Energy Technologies, LLC et al. | ) | |
| Defendant(s) | ) | |

**O R D E R**

      This adversary proceeding comes before the Court *sua sponte* to amend its Order of November 18, 2009 to read as follows: This adversary proceeding came before the Court on November 17, 2009 in Louisville, Kentucky before the Honorable Joan A. Lloyd for a hearing on the motion of the Plaintiffs to remand this proceeding to the state court wherein this action was originally initiated; and, on the motion of the Plaintiffs for partial dismissal of this action with respect to the claims against the Defendants, Atmos Energy Corporation, Atmos Energy Marketing, LLC and Atmos Gathering Company, LLC.  Counsel for the Plaintiffs having advised the Court that an Agreed Order dismissing the claims between the Plaintiffs and the Defendant, Resource Energy Technologies, LLC, has been filed; and, the Court having further considered statements of counsel with respect to the oral motion of counsel for the Defendants, Atmos Energy Corporation, Atmos Energy Marketing, LLC and Atmos Gathering Company, LLC, for partial dismissal of this action with respect to their cross-claims against the Defendant, Resource Energy Technologies, LLC, and being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that the Plaintiffs' motion for partial dismissal (Document No. 26) of this action be, and hereby is, **GRANTED** by separate Order of Court.

IT IS FURTHER ORDERED that the oral motion of the Defendants, Atmos Energy Corporation, Atmos Energy Marketing, LLC and Atmos Gathering Company, LLC, for partial dismissal of this action with respect to their cross-claims against the Defendant, Resource Energy Technologies, LLC be, and hereby is, **GRANTED**.

IT IS FURTHER ORDERED that the Plaintiffs' motion to remand proceeding (Document No. 11) be, and hereby is, **REMANDED AND TERMINATED**.

bcr